BRUCE J. NAPELL (State Bar No. 115116)
bjnlaw@pacbell.net
LAW OFFICE OF BRUCE NAPELL
584 Woodbine Drive
San Rafael, California 94903
Telephone: (707) 291-2245
Facsimile:  (415) 785-2857

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>MAYA PALENQUE RESTAURANT; FREEWILL HOLDINGS, INC dba MAYA PALENQUE; YOUNG DUGAN; MI CASA PROPERTIES, LLC; and DOES 12-10, INCLUSIVE,<br><br>Defendants. | CASE NO.: 10-CV-4978 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**

1.    On November 21, 2011, the Court granted Plaintiff's motion for relief from General Order 56, and set this matter for a Case Management Conference on December 13.

2.    Defendants' counsel, a sole practitioner, will be out of the country on a family vacation between December 12 and December 25, 2011.  He will therefore not be able to attend a Case Management Conference on December 13.

1

*428/05/0088.1*  Stipulation Continuing CMC

3. Upon receipt of notice of the CMC date, Defendants' counsel notified Plaintiff's counsel of his scheduling conflict, and requested a stipulation to continue the CMC. Plaintiff's counsel agreed, and selected Tuesday, January 3, 2012 as the new date.

**STIPULATION**

All parties, through their respective counsel hereby stipulate that, subject to Court approval, the Case Management Conference scheduled for December 13, 2011 is continued to January 3, 2012 at 10:00 a.m. ~~3:00 p.m.~~, in Courtroom E. A joint Case Management Conference Statement shall be filed no later than December 28, 2011

Dated: November 23, 2011       By:_____/s/_____
                                   Bruce Napell
                                   Law Office of Bruce Napell
                                   584 Woodbine Drive
                                   San Rafael, CA 94903
                                   707-291-2245
                                   Attorney for Defendants


                               By:_____/s/_____
                                   Catherine M. Cabalo
                                   Law Offices of Paul L. Rein
                                   200 Lakeside Drive, Suite A
                                   Oakland, CA 94612
                                   510/832-5001
                                   Attorney for Plaintiff Peter Mendoza

Dated November 30, ~~29~~ 2011       PURSUANT TO STIPULATION, IT IS SO ORDERED:


                               _____/s/ Elizabeth D. Laporte_____
                               JUDGE
                               United States District Court
                               Northern District of California