1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   PETER MENDOZA
7

8  *Defendants and their counsel listed after the caption.

9

10                 UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   PETER MENDOZA,
13                                          Case No. C10-CV-4978 EDL
                  Plaintiff,
14                                          Civil Rights
          v.
15                                          **STIPULATION TO CONSENT TO
   MAYA PALENQUE RESTAURANT;                THE JURISDICTION OF U.S.
16 FREEWILL HOLDINGS, INC. dba              MAGISTRATE JUDGE DONNA
   MAYA PALENQUE; YOUNG                     M. RYU AND ~~[PROPOSED]~~
17 DUGAN; MI CASA PROPERTIES,               ORDER**
   LLC; and DOES 1-10, Inclusive,
18
                  Defendants.
19

20 BRUCE NAPELL, State Bar No. 115116
   LAW OFFICE OF BRUCE NAPELL
21 584 Woodbine Drive
   San Rafael, California 94903
22 Telephone: (707) 291-2245
   Facsimile:  (415) 785-2857
23 bjnlaw@pacbell.net

24 Attorney for Defendants
   MAYA PALENQUE RESTAURANT;
25 FREEWILL HOLDINGS, INC. dba
   MAYA PALENQUE; YOUNG DUGAN;
26 MI CASA PROPERTIES, LLC

27

28 CONSENT TO THE JURISDICTION OF
   U.S. MAGISTRATE JUDGE DONNA M. RYU
   AND [PROPOSED] ORDER
   Case No. C10-CV-4978 EDL
   S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc

## STIPULATION

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c )(1), the undersigned hereby voluntarily consent to have United States Magistrate Judge Donna M. Ryu conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Dated: March 19, 2012                    **LAW OFFICES OF PAUL L. REIN**


By:___/s/ Catherine Cabalo_____
Catherine Cabalo
Attorneys for Plaintiff Peter Mendoza


Dated: March 19, 2012                    **LAW OFFICE OF BRUCE NAPELL**


By:___/s/ Bruce Napell_____
Bruce Napell
Attorney for all Defendants

- 2 -

CONSENT TO THE JURISDICTION OF
U.S. MAGISTRATE JUDGE DONNA M. RYU
AND [PROPOSED] ORDER
Case No. C10-CV-4978 EDL
S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc

1

## ORDER

2

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. If

3

4    Magistrate Judge Donna M. Ryu accepts this referral, this action is reassigned to

5    Magistrate Judge Ryu on the date this Order is filed, and any matter scheduled

6
    before the undersigned Judge is vacated.

7

8
    Dated: __March 22___, 2012

9    _____
    Honor_____ IT IS SO ORDERED
10   Unite_____
    Judge Elizabeth D. Laporte

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    - 3 -



1

## FILER'S ATTESTATION

2      Pursuant to General Order 45, section X(B), I hereby attest that on March

3  19, 2012, I, Catherine Cabalo, received the concurrence of Bruce Napell in the

4  filing of this document.

5

6                                        /s/ Catherine Cabalo
                                         Catherine Cabalo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                      - 4 -

28  CONSENT TO THE JURISDICTION OF
    U.S. MAGISTRATE JUDGE DONNA M. RYU
    AND [PROPOSED] ORDER
    Case No. C10-CV-4978 EDL
    S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc